UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY HERNANDEZ, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>SEPHORA USA, INC.,<br><br>   Defendant. | Case No. 16-cv-05392-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 91 |

On September 6, 2019, I vacated all future litigation dates and ordered the parties to file a joint report by September 27, 2019 on the status of the finalization of the Settlement Stipulation. Dkt. No. 90. On September 27, 2019, parties reported that they were committed to finalizing the Settlement Stipulation by October 11, 2019. Dkt. No. 91. No further report has been filed.

Parties are HEREBY ORDERED to show cause by January 6, 2020, why this case should not be dismissed.

**IT IS SO ORDERED.**

Dated: December 10, 2019

William H. Orrick
United States District Judge