UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY HERNANDEZ; and<br>BRENDA MORALES,<br><br>            Plaintiffs,<br>     vs.<br><br>SEPHORA USA, INC., a Delaware<br>corporation; and DOES 1 through 10,<br>inclusive,<br><br>            Defendants. | Case No.: 16-CV-05392-WHO<br><br>[COLLECTIVE LAWSUIT PURSUANT TO<br>29 USC §216(b)]<br><br>**[PROPOSED] ORDER OF FINAL**<br>**APPROVAL AND FINAL JUDGMENT**<br>**OF DISMISSAL**<br><br>**DATE:       August 26, 2020**<br>**TIME:        2:00 p.m.**<br>**COURTROOM:   2** |

The motion of Plaintiffs Lacey Hernandez and Brenda Morales for Final Approval of Collective Lawsuit Settlement came on regularly for hearing on August 26, 2020.  Named Plaintiffs and Opt-In Plaintiffs appeared through their counsel of record, Matthew F. Archbold, of Deason & Archbold; Defendant appeared through their counsel of record, Andrew R. Livingston, of Orrick, Herrington & Sutcliffe, LLP.

Having received and considered the Status of Settlement Administration and Notice Procedures, and Request for Final Approval of Collective Action Settlement, Final Award of Collective Action Counsel's Attorney Fees and Costs, and Named Plaintiff Service Payments filed herewith, and all exhibits and declarations attached thereto, the within Judgment is entered as follows:

1. All terms used herein shall have the same meaning as defined in the Settlement Stipulation.

2. The Court finds that the Settlement Stipulation has been reached as a result of intensive, serious and non-collusive arms-length negotiations.  The Court further finds that the Parties have conducted extensive investigation and research and counsel for the Parties are able to reasonably evaluate their respective positions. The Court also finds that settlement at this time will avoid additional substantial costs, as well as avoid the delay and risks that would be presented by the further prosecution of the Lawsuit.

3. The Court finds that distribution of the Notice directed to the Opt-In Plaintiffs as set forth in the Settlement Stipulation and the other matters set forth therein have been completed in conformity with the Order of Preliminary Approval, including individual Notice of Settlement by first class mail to all Opt-In Plaintiffs who could be identified through reasonable effort.  The Court finds the Notice of Settlement sent to all Opt-In Plaintiffs provided due and adequate notice of the proceedings and of the matters set forth therein, including the proposed settlement set forth in the Settlement Stipulation, to all persons entitled to such Notice of

Settlement, and the Notice of Settlement fully satisfied the requirements of due process.  No Opt-In Plaintiff objected to the settlement.

4. This Court hereby approves the settlement set forth in the Settlement Stipulation and finds that the settlement is fair, adequate and reasonable, and directs the Parties to effectuate the settlement according to its terms.  The Court has reviewed the monetary recovery that is being granted as part of the settlement and recognizes the significant value to the Opt-In Plaintiffs of that recovery.

5. The Court hereby orders Defendants to distribute the Maximum Settlement Amount in accordance with the provisions of the Settlement Stipulation.

6. The Court hereby finds the Collective Action Counsel Fees and Costs requested to be reasonable  and awards the Attorneys' Fees in the amount of One Hundred Twenty-Seven Thousand Three Hundred Seventy-Five Dollars ($127,375.00)  and Litigation Expenses in the amount of Seventeen Thousand Four Hundred Twenty-Five Dollars ($17,425.00) and orders that said Collective Action Counsel Fees and Costs be paid pursuant to the Settlement Stipulation.

7. The Court hereby approves service awards to Named Plaintiffs in the amount of Seven Hundred and Fifty Dollars ($750.00) for each Named Plaintiff. The Court hereby orders the Named Plaintiff service awards be paid pursuant to the Settlement Stipulation.

8. The Court hereby approves Settlement Administration Costs to the Settlement Administrator in the amount of Eight Thousand Seven Hundred Dollars ($8,700.00). The Court hereby orders Defendant to pay the Settlement Administration Costs in accordance with the provisions of the Settlement Stipulation.

////

9. The Effective Settlement Date shall be the thirtieth (30th) day following entry of this Order.

10. Without affecting the finality of this Judgment in any way, this Court

hereby retains continuing jurisdiction over the interpretation, implementation and enforcement of the settlement and Settlement Stipulation, and all orders and judgments entered in connection therewith.

11. If the Settlement does not become final and effective in accordance with the terms of the Settlement Stipulation, then this Judgment and all orders entered in connection herewith shall be rendered null and void and shall be vacated.

IT IS SO ORDERED.

DATED: August 31, 2020



Hon. William H. Orrick
United States District Court Judge